IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED

MAY 10 201

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

Renee Franzella

    v.

NCO Financial Systems, Inc.

NO. 11-1554

JUDGMENT

BEFORE Padova, J.

    AND NOW, to wit, this 10th day of May, 2011, it is ORDERED that in accordance with NCO Financial Systems, Inc.'s offer of judgment and plaintiffs acceptance pursuant to F.R.C.P. 68. It is

    ORDERED that judgment is entered in favor of plaintiff and against NCO Financial Systems, Inc. in the amount of $1,250.00 together with interest and costs.

BY THE COURT:

ATTEST:

Mary Chase
Deputy Clerk